## AFFIDAVIT FOR WRIT

State of Texas         )
                       )
County of Midland      )

BEFORE ME, the Undersigned authority, personally appeared J.K. Rusty Wall, a person known to me, and, after being sworn upon his oath, J.K. Rusty Wall, deposed and stated:

My Name is J.K. Rusty Wall. I am an attorney licensed by the STATE OF TEXAS and an attorney in this Court. I am one of the attorneys for Clinton Young, Applicant and Petitioner, appointed by this Court as is Ori White of Fort Stockton, Texas. Mr. White represented Mr. Young in Mr. Young's State Application for Habeas relief. Because of the time limitations imposed on filing this Writ of Habeas Corpus, I am unable to transmit this petition to Mr. Young for his signature before filing. I have read the foregoing Petition for Writ of Habeas Corpus and said petition is true and correct from my investigation of the case, knowledge and belief. FURTHER AFFIANT SAYETH NOT.

_____
J.K. Rusty Wall

SWORN TO AND SIGNED BEFORE ME ON This the 20th day of DECEMBER, 2007.

_____
Notary Public in and
for THE STATE OF TEXAS

My Commission Expires:

CECIL ANN CARTER
MY COMMISSION EXPIRES
March 25, 2009

### Certificate of Service

On the 20th day of December, 2007, a copy of the foregoing Petition for Writ of Habeas Corpus was served by United States Mail, postage prepaid to Stephen Hoffman, Assistant Attorney General P.O. Box 12548, Capitol Station, Austin, Texas 78711.

_____
J.K. Rusty Wall

58