# AFFIDAVIT OF DARENELL MCCOY

**STATE OF TEXAS**

**COUNTY OF _____**

I am above the age of eighteen and am competent to make this oath. I have personal knowledge of the facts herein stated.

My name is Darnell McCoy. I live at 510 Impala in Ore City, TX 75683. I am married to Patricia McCoy.

I testified as a prosecution witness at Clint Young's capital murder trial in Midland. I was with Clint the night Doyle Douglas was killed.

The night of Doyle's murder was the first time I had ever seen Clint act mean or violent. Clint and David Page were my friends. I wish none of this had happened. If Clint did not get in that trouble we would still be hanging out together. Until this happened, Clint and I hung out every other day. We went fishing and did stuff together.

The day Doyle Douglas was shot, Doyle kept telling me he didn't want to ride if Clint was going. I do not know why Doyle said this. Clint and Doyle were friends; Doyle used to let Clint drive his car. I told the police this as well.

I was so scared after all of that happened. I didn't know what else to do except call my wife.

I remember that the police showed my wife and me pictures of Doyle's body over and over again. I told them I didn't want to see it anymore but they kept showing the pictures to me.

I gave a sample of my blood to the police because they told me they found blood on Doyle that was not his. The police officers told me the other three, Clint, Mark Ray and David Page, did not want to give their blood. I do not know the results of the blood tests or whether the others ever gave their blood.

Everyone that stayed at the Fisherman's Motel used drugs except for me. I only smoke marijuana. I had no clue anything bad was going to happen that day. I still can't believe it happened.

After Doyle was killed, Clint dropped me off where I stayed with David "JR" Page's family. I tried to get JR to get out of the car. JR said "Just tell my dad I

went somewhere with a friend." Mark Ray was dropped off before I was. Mark and I were not with Clint and JR when the second murder happened.

I still can't believe my friend Clint did that. He is not a violent person. I have never even seen him get into a fight. I told the District Attorney and the police Clint was not that type of person and I never saw him be mean or violent. The police and District Attorney did not want to hear these statements. I told the District Attorney and the police that I did not believe Clint should get the death penalty. No one asked me that question when I testified.

I do not want Clint to die. I am happy to speak to anyone about Clint.

_____

**Darnell McCoy**

_____

**Date**

Signed and sworn on this _____ day of _____, 2005

_____

**Notary Public in and for the State Of Texas**

000584

Declaration
by
# AMBER LYNCH

**BEFORE ME**, the undersigned authority, personally appeared Amber Lynch, a person known to me, who, after being sworn upon her oath, deposed and stated:

My name is Amber Lynch. My father is Bart Lynch and my sister is Deborah Sanders. I previously lived with my father in East Texas at a hotel he ran. I think it was called "The Fisherman." Almost everyone that hung around this hotel was involved with either selling or using drugs. I don't think I met anyone there who was not.

I met Clint Young when I was fifteen and we dated. I knew that Clint was using drugs because he never slept much—- but he did not use drugs around me. I do not know what kind of drugs he was using. We had a good relationship and Clint was a good boyfriend. For a time we both lived at the hotel. I know that I testified he could be mean. These were the only times anything bad occurred and then Clint was either drunk or using drugs. When he was drinking he grabbed my arm, but I know that he never really tried to hurt me. In fact, Clint was almost always a kind person who was very protective of me.

My father was aware of my relationship with Clint Young and did not object. The truth is that my father was not really involved in my life. As long as I left him alone, I could do just about anything I wanted to.

Doyle Douglas was my uncle. I believe he was mentally ill. He always talked about aliens abducting him and stared at the stars talking about mother ships. He was a frequent drug user and it was obvious when he was high. I believe he used methamphetamine. There was also a lot of rumors going around the Fisherman's Hotel that my uncle was a "narc" or police informant.

I also know David Page, "JR" who was also involved in Clint's trial. He hung around the Fisherman's Hotel. David Page was involved with drugs and often talked about his drug use. JR also talked real big and I found him to be weird. I remember one time he told a little Black kid that he could kill him and get away with it because his school had a confederate flag. JR could be mean. He would also do things to impress Clint.

My sister Deborah Sanders was really involved with drugs, including methamphetamine during the time we lived in East Texas. I can remember times that she disappeared for two or three months, leaving without her children. Deborah frequently

DECLARATION BY AMBER LYNCH                                                PAGE 1 OF 2 PAGES

**000577**

told different stories about events—to the point that no one could trust her. Nobody believed her.

I have tried to get Deborah to speak to the defense investigators. Deborah said she would not do it.

I do not think Clint should have gotten the death penalty in this case and I do not believe Clint was a future danger to hurt anyone. I know Clint and I honestly cannot see him hurting anyone. He was always very protective of him and watched out for me. I told the police and the other people who talked to me that I did not think Clint really did the shootings. I told the police and the District Attorney that I did not support the death penalty for Doyle Douglas' death.

I remember when the police were talking to me that they wrote down that Clint wore a WalMart white t-shirt. I told them several times that it was a blue shirt from WalMart. They did not seem to care about it. I tried to tell the police and District Attorney good things about Clint, but they did not want to listen to anything good I had to say. They kept telling me over and over how bad Clint was. The only information which they would listen to is something to make Clint look bad.

I wanted to speak with Clint's lawyers and trial and tell them about Clint. But the District Attorney told my mother and me that it was not in my best interest. I also wanted to see Clint and talk to him. One of the defense lawyers offered to allow me to do so. Again the District Attorney told my mother that it was not in my best interest to see Clint.

If I had been allowed to speak to Clint's attorneys, I would have told them all this information.

THIS DECLARATION IS TRUE AND CORRECT IN EVERY RESPECT AND IS BEING MADE UNDER THE PENALTY OF PERJURY

_____
AMBER LYNCH

# AFFIDAVIT OF PATRICIA MCCOY

## STATE OF TEXAS

## COUNTY OF MARION

I am above the age of eighteen and am competent to make this oath.  I have personal knowledge of the facts herein stated.

My name is Patricia McCoy.  I live at 510 Impala Ore City, TX 75883.  I am married to Darnell McCoy.

I came to know Clint Young when I lived at the Fisherman's Motel in Shady Shores.  My cousin, David Page, was a close friend of Clint's.  Because I lived at the Fisherman's Motel for a while, I know just about everyone involved with Clint's case.  All of the people who hung out at the Fisherman's motel used illegal drugs except for my husband and Amber Lynch.  The Fisherman's hotel was filthy; it was very obvious there were drug use, high crime rate, and people overdosing on drugs.  It was like being in a war zone; most of the older guys walked around with guns.  It was so bad one night my friend Deborah Sanders, whose father Bart Lynch owned the hotel, was dragged out her window and gone for 18 hours; my step-dad found her bleeding in a ditch and she had been raped.

Everyone in the area knew that Doyle Douglas was a pedophile and everyone talked about it.  I remember hearing Deborah Sanders, Jose, and Clint talk about it.  Doyle let us to use his car all the time.  I remember that one time, when Clint borrowed Doyle's car, Clint found a pair of young girl's panties and a police badge in the car.  We all knew what Doyle had been doing with the badge and how he must have gotten the panties.  When Doyle was partying (using drugs), which was a lot, he tried to touch us all in a sexual manner.  He was disgusting.

Bart Lynch owned the Fisherman's Motel.  He is Deborah Sanders' and Amber Lynch's father.  We all had heard that Bart was a "narc" and worked for the police.  Bart was real strange and stayed in his room most of the time.  Bart was also real secretive.  One day he gave us all eviction notices, had the electricity turned off, and left within two hours.  No one knew for certain why he was suddenly in such a hurry to get out of town but we figured it had something to do with drugs.