After Clint's arrest, I was interviewed by the police and by the District Attorney about my knowledge of Clint and what had happened. I loved Clint as a dear friend and still do. I still can't believe what happened. I have never seen Clint be mean to anyone or act in a violent manner. I did not believe that Clint was a danger to anyone. I told the police and the District Attorney this. I know something terrible had to have happened to Clint to have caused him to kill someone. I also told the police and District Attorney that I did not believe Clint should get the death penalty. I told them I do not believe in the death penalty, but they did not want to hear those sorts of things.

The police interviewed my husband, Darnell McCoy, about what had happened to Doyle Douglas. The police took a blood sample from my husband because they said they found blood on Doyle's body that was not his. We were never told whose blood it was determined to be.

Someone from Clint's defense team came by to talk to my husband and me before Clint's trial. I called the District Attorney's office because I did not know if I was allowed to speak to the defense. Hal, who worked at the District Attorney's, instructed me that I didn't have to talk and not to talk to Clint's defense attorneys or investigators. My husband has trouble with his memory, which might be due to his mother's alcoholism during her pregnancy with him. Because my husband is "slow", I think the District Attorney was worried that someone from the defense team would trip him up or trick him. Neither Darnell nor I spoke to the defense attorneys or investigators before Clint's trial because we thought we were not allowed to.

My husband and I were brought to Midland to testify for the District Attorney in Clint's trial. During the trial the District Attorney put us in an office located on the top floor of the courthouse. They showed us pictures of Doyle Douglas's corpse over and over again. They also gave us the videotape and written copies of my husband's statements, so we could review them together. Darnell is pretty slow, mentally, and needed help going over the statements he gave police so he would remember what he was supposed to say when he testified. I was asked to go over the statements with Darnell even before they told me they would not use me as a witness. Darnell testified for the District Attorney, but they decided not to use me as a witness near the end of the trial.

There are several things I would have told the judge and jury about Clint and what was happening at the Fisherman's Motel around the time of Doyle Douglas's death. I could have explained how strung out Clint was during the weeks and days prior to the Doyle's death. I know (saw ) Clint using methamphetamine continuously for weeks before Doyle's death. I could have described how Clint got when he binged on methamphetamine. Clint was really paranoid, and at times acted absolutely insane. He was rambling, speaking gibberish, and could not understand what people would say to him.

000580

I could have described for the judge and jury how it feels to be dependent on methamphetamine. I know from my own experiences what might have been going on with Clint during those days. He would have been out of control, without sleep for days, full of nervous energy, seeing and hearing things that were not really there. Methamphetamine addiction is awful.

I think I understand why Clint was addicted to drugs. Clint and I were real close and would talk for hours about his childhood. Clint described how his father used to beat him all the time. He told me his father sexually molested him when he was a little boy. Clint also told my friend Trisha Patrick about this. Trisha and I discussed about what Clint had told us; we both believed him. Clint had a horrible childhood and many people I know who come from families like that use drugs.

Clint was not really obsessed with guns. He carried a gun but it didn't work. The gun did not have a barrel in it. Honestly, I don't blame Clint for carrying the gun because Fisherman's Motel was filled with criminals and drug users. We had to always watch out for people or else we got robbed or worse.

I wish I could have told the judge and jury about Clint, his background, his drug addiction, and that he is not violent or dangerous person. I also wish I could have told the judge and jury what I knew about Doyle Douglas's reputation as a pedophile and how he tried to touch everyone. I believe that if the judge and jury heard the whole story about the things that went on in Shady Shores, and what kind of person Clint really is, they would not have given him the death penalty.

After my husband Darnell testified in this case, he attempted suicide. He suffered mental problems as a result of the stress of the trial and the event. He was diagnosed with post-traumatic stress disorder and manic-depressive. I was present when Lisa Milstein, the investigator who is working on Clint's case, interviewed Darnell. Darnell spent a lot of time discussing the trial and the case with Ms. Milstein. It really bothered him a lot, made him more depressed and Darnell recently left town.

000581

I have read through the statement, which was prepared for Darnell based upon his interviews with Lisa Milstein. It is attached to my statement herein. This statement accurately reflects Darnell's conversation with Ms. Milstein. Additionally, I know the truth of most of the matters in Darnell's statement from my own personal knowledge. Clint Young was never violent in my presence and I never heard anyone accuse him of being mean or violent. I never saw Clint get into a fight. I know that Clint and Darnell were good friends. I know that Doyle Douglas let Clint drive his car all the time. I know and observed all the people who hung around the Fisherman's Hotel use drugs. I was present when the police showed Darnell pictures of Doyle Douglas over and over.

_Patricia McCoy_
Patricia McCoy

_4-19-05_
Date

Signed and sworn on this _19_ day of _April_, 2005

_[signature]_
Notary Public in and for
the State Of Texas

[Notary Seal: LISA MILSTEIN, My Commission Expires April 15, 2009]

000582