Exhibit 58

