

Clinton Lee Young
Maternal Genogram

Ex. 58 - Page 702