Re:    State of Texas v. David Lee Page                    Cause No. 27,270

## ITEMIZATION OF SERVICES

| Date | Description of Service | Out of Court Time of Expended | In Court Time Expended |
|---|---|---|---|
| 05-19-03 | Phone call with J.D. Luckie re: affidavits in Clinton Young's MNT | .2 | |
| 06-13-03 | Appear for arraignment on re-indictment | | .3 |
| 06-17-03 | Phone call with Rusty Wall about affidavits from jail people favor-able to client | .1 | |
| 06-17-03 | Conference with Rusty Wall and review affidavits for Clinton Young MNT | .5 | |
| 06-19-03 | Attend portions of hearing on Clinton Young MNT | | 3.0 |
| 06-20-03 | Attend hearing on MNT for Clint Young | | 1.0 |
| 06-23-03 | Conference with Al Schorre and Teresa Clingman re: trial | .1 | |
| 06-23-03 | Conference with J.D. Luckie re: case | .1 | |
| 06-26-03 | Phone call with Jane McHan re: investigator | .2 | |
| 06-26-03 | Letter to Jane McHan re: case | .5 | |
| 06-30-03 | Letter to client with affidavits | .2 | |
| 07-03-03 | Prepare pretrial motions and file same | 1.7 | |
| 07-09-03 | Conference with D.A. re: trial | .1 | |
| 07-14-03 | Review letter from Jane McHan | .2 | |
| 07-23-03 | Phone call with Joe Black, Harrison County D.A. re: charges against client | .2 | |
| 07-23-03 | Jail conference with client re: plea deadline | .7 | |
| | | | |

**Ex. 63 - Page 729**

Re:    State of Texas v. David Lee Page                    Cause No. 27,270

## ITEMIZATION OF SERVICES

| Date | Description of Service | Out of Court Time of Expended | In Court Time Expended |
|---|---|---|---|
| 07-25-03 | Phone call with Jane McHan re: investigation and possible times to visit with client | .2 | |
| 07-25-03 | Attend final pretrial | | .3 |
| 08-09-03 | Phone call from client re: Speedy Trial Act barring prosecution after 180 days | .3 | |
| 08-18-03 | Conference with Judge DuBose re: trial date | .2 | |
| 08-22-03 | Phone call with Jane McHan re: meeting with client | .1 | |
| 08-25-03 | Make appointment for contact visit with client and social worker | .3 | |
| 08-27-03 | Meet with Jane McHan - trip to jail for conference with client | 1.5 | |
| 09-16-03 | Phone call with Jane McHan re: case | .1 | |
| 09-18-03 | Phone call with Teresa Clingman re: trial date | .1 | |
| 09-19-03 | Phone call with Ronnie Pate re: status of Reporter's and prepare Motion for Continuance | .5 | |
| 09-24-03 | File Motion for Continuance with District Clerk | .2 | |
| 10-12-03 | Review Jane McHan's report | .3 | |
| 10-28-03 | Phone call with Jane McHan re: case | .1 | |
| 10-29-03 | Phone call with client's mother re: trial date | .1 | |
| 11-07-03 | Conference with D.A. and judge's secretary re: December 8 trial setting | .1 | |
| 11-14-03 | Attend pretrial re: new trial date, plea deadline, transcript file | .5 | |

**Ex. 63 - Page 730**

Re:   State of Texas v. David Lee Page                    Cause No. 27,270

## ITEMIZATION OF SERVICES

| Date | Description of Service | Out of Court Time of Expended | In Court Time Expended |
|---|---|---|---|
| 12-03-03 | Prepare envelopes for letter to client | .3 | |
| 12-05-03 | Pickup copy of Clerk's Record | .2 | |
| 12-12-03 | Trip to jail for conference client re: plea bargain and deadline | .5 | |
| 12-15-03 | Jail conference with client and conference with D.A. | .6 | |
| 12-15-03 | Phone call from Page, discuss plea offer and call from Schorre and J.D. Luckie | .3 | |
| 12-15-03 | Meet with client and investigator to discuss plea bargain and conference with D.A. re: same | 1.0 | |
| 12-16-03 | Attend guilty plea | | 1.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL:** | 67.0 | 6.5 |
| | | | |

Re:    State of Texas v. David Lee Page                    Cause No. 27,270

## SUMMARY OF EXPENSES

| Date | Description of Service | Expense Incurred |
|---|---|---|
| 12-30-01 | Check to District Clerk of Marion County for copies of court documents from child sexual assault case in which David Lee Page was the victim (check no. 8914) | 10.00 |
| 06-30-03 | Initial check to Jane McHan to cover cost of reviewing indictment, factual summary and arrest warrant, and David Page's school records from Ore City Independent School District (check no. 7386) | 100.00 |
| 11-05-03 | Check to Jane McHan to cover her interview of David Page, phone conferences with family members, and preparation of two written reports to defense counsel concerning her findings (check no. 7488) | 516.64 |
| 12-09-03 | Check to Permian Basin Community Centers for Mental 7508 Health & Mental Retardation for copies of MHMR records of David Page.  Page had been seen by MHMR personnel in the jail on two occasions, complaining of depression, sleep loss, etc. (check no. 7508) | 18.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL:** | 644.44 |
|  |  |  |



JANIE McCAY .
DISTRICT CLERK, MARION COUNTY
P.O. BOX 628
JEFFERSON, TEXAS  75657

DATE: 12/26/2001

TO:   H.W. Leverett, Jr.

STATEMENT OF ACCOUNT

| DATE | ITEM | FEE | TOTAL |
|---|---|---|---|
| 12/26/2001 | Cause No. 10793,10794,10795, and 10796  State of Texas vs, | | |
| | Charles Patrick Neims | | |
| | Record Search and copies | 10.00 | 10.00 |

H.W. LEVERETT, JR.          3-87
LAW OFFICE ACCOUNT
PHONE 915-683-3323
P.O. BOX 10506
MIDLAND, TX. 79702

BANK UNITED
Downtown Midland Branch
401 W. Texas, Midland, TX 79701

8914

35-7193/3139
991

DATE 12-30-01

PAY
TO THE
ORDER OF  District Clerk of Marion County          $10⁰⁰

Ten and no/100          DOLLARS

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNTS

David Page Jr. -

order copies of court records          /S/ HW Leverett

⑈008914⑈ ⑈313071904⑈ 000161010⑈

7386

H.W. _VERETT JR.
LAW OFFICE ACCOUNT
PO BOX 10506   915-683-3323
MIDLAND, TX 79702

Community
NationalBank

CNB

DATE 6-30-03

PAY
TO THE
ORDER OF  Jane McKan                              $ 100 00

One Hundred and no/100 _____ DOLLARS

David Page case

HW Everett Jr.

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

⑈007386⑈ ⑆116312873⑆ 14000498⑈



**PERMIAN BASIN COMMUNITY CENTERS**

401 E. Illinois
Midland, Texas 79701
Phone: 570-3300

1012 MacArthur
Odessa, Texas 79760
Phone: 333-3285

| DATE | DESCRIPTION | CHARGE DEBIT | PAYMENT CREDIT | BALANCE |
|------|-------------|--------------|----------------|---------|
| 11.24.03 | Medical Records | | | 8⁰⁰ |
| | David Page | | | |
| | ▮▮▮▮▮ 7239 | | | |
| | ▮▮▮▮ -81 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Jane R. McHan, LCSW
5249 US Hwy. 277 S., #110
Abilene, Texas 79605
(325) 691-5331
SSN:  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

**Mitigation Services**
**State v. David Lee Page, Jr.**

| Date | Activity | Time/Miles | Charge | Total |
|------|----------|------------|--------|-------|
| 8-27-03 | Mileage: Abilene to Midland, TX | 148 miles | .34 per mile | $50.32 |
| 8-27-03 | Meeting with Woody Leverett and David Page | 1 hour | $50 per hour | $50.00 |
| 8-27-03 | Interview with David Page | 2 hours | $50 per hour | $100.00 |
| 8-27-03 | Mileage: Midland to Abilene, TX | 148 miles | .34 per mile | $50.32 |
| 10-4-03 | Written report and letter to H.W.L. | 2 hours | $50 per hour | $100.00 |
| 10-7-03 | Phone interview with Renetta White | 1 hour | $50 per hour | $50.00 |
| 10-10-03 | Phone interview with David Page, Sr. | 20 minutes | $50 per hour | $16.00 |
| 10-27-03 | Written report and letter to H.W.L. | 2 hours | $50 per hour | $100.00 |
| 10-27-03 | Total this billing | | | $516.64 |

*Thank you!*
*Jane McHan*

H.W. LEVERETT JR.
LAW OFFICE ACCOUNT
PO BOX 10806   915-683-3323
MIDLAND, TX   79702

7488

DATE  11-5-03

PAY TO THE ORDER OF  Jane R. McHan   |$ 516 64/100

Five Hundred Sixteen and 64/100 —   DOLLARS

Mitigation Services
David Page case

HW Leverett Jr.

⑆0074888⑆ ⑈4116312873⑈ 14000498⑈

*2nd Amend.*

B I L L   O F   C O S T
DISTRICT COURTS/COUNTY COURTS AT LAW
MIDLAND COUNTY, TEXAS

04 JAN -6 AM II: 08

CAUSE NO. CR27270
385TH DISTRICT COURT

THE STATE OF TEXAS
VS
PAGE,DAVID LEE JR.

| | |
|---|---:|
| SHERIFF FEES | 150.00 |
| COUNTY RECORD PRESERVATION FUND | 20.00 |
| COURT HOUSE SECURITY CRIMINAL | 5.00 |
| CLERK CRIMINAL | 40.00 |
| CRIM VICTIM COMP FUND | 45.00 |
| JUDICIAL & COURT PERSONNEL TRNG | 2.00 |
| COMBINED CONSOLIDATED COSTS (STATE) | 80.00 |
| JUVENILE CRIME DELIQUENCY FEE | .50 |
| FUGITIVE APPREHENSION FEES | 5.00 |
| CORRECTIONAL MANAGEMENT INSTITUTE | .50 |
| TIME PAYMENT FEE | 25.00 |
| ATTORNEY | 7994.64 |
| TOTAL COST OF CAUSE | 8367.64 |
| Paid By Deposit: Plaintiff | .00 |
| Defendant | .00 |
| TOTAL DEPOSITION COST | .00 |
| Paid By:    Plaintiff | .00 |
| Defendant | .00 |
| Amount due from Plaintiff/Defendant | 8367.64 |

THE STATE OF TEXAS   )
County of Midland    )

I, Vivian Wood, District Clerk  of the 385TH DISTRICT COURT    in  and  for
said County and State, hereby certify the foregoing to be a true and correct
account of the costs in the within entitled and numbered cause to this date.

Witness my hand and seal  of  the said court affixed  at  the  office in the
City of Midland this  6th day of January 2004.

BY _____ , Deputy

ORIGINAL MAILED TO:

                              VIVIAN WOOD
                              District Clerk
                              200 W. Wall, Suite 301
                              Midland, Texas 79701

COPY MAILED TO:

**Ex. 63 - Page 737**

3

CAUSE # *CR 27270 Cnt II*

NAME *David LeePage Jr.*

FILED

2004 FEB -2 AM 10: 24

VIVIAN (?) DISTRICT CLERK
MIDLAND COUNTY, TEXAS

BY _____ DEPUTY

**REQUIRED FORMS FOR PEN PACK RECEIVED THIS DATE:**

| FORM | DATE | RESPONSIBILITY |
|---|---|---|
| BILL OF COSTS | 12/17/03 | CLERK |
| JUDGMENT | 12/17/03 | CLERK |
| OFFENSE REPORT | 12/17/03 | DISTRICT ATTORNEY |
| PSI REPORT (REVOCATIONS ONLY) | N/A | PROBATION DEPT |
| SEX OFFENDER NOTIFICATION (REVOCATIONS ONLY) | N/A | PROBATION DEPT |
| INDICTMENT/INFORMATION | 12/17/03 | CLERK |
| VICTIM IMPACT STATEMENT (ONLY ON CASES WHERE VICTIM WAS INJURED) | NA | DISTRICT ATTORNEY |
| ORDER REVOKING PROBATION | N/A | CLERK |
| CHANGE IN VENUE STATEMENT | N/A | CLERK |
| INCARCERATION REPORT (REVOCATIONS ONLY) | NA | PROBATION |
| JAIL TIME | 12-22-03 | RECORDS |
| DATE READIED FOR PICK-UP | 1-30-04 | CLERK |

DATE PICKED UP BY SO: 2-2-04

BY: _____