Exhibit 67

```
08/05/02                MIDLAND COUNTY SHERIFF'S OFFICE                      236
00:59          Arrest Summary Report, Individual Arrest Report      Page:      1
```

| | | | |
|---|---|---|---|
| Name | : | RAYNALDO RAY VILLA | (54821    ) |
| Street Address | : | ██████████ | |
| City, State Zip | : | STANTON, TX  79782 | |
| Date of Birth | : | ████ ´63 | |
| Social Security | : | ████-0105 | |
| Local ID Numbers | : | 24925 | |
| State ID Number | : | 03438972          FBI number: 403232LB6 | |
| Attorney | : | G GEORGES | |
| Occupation | : | CONSTRUCTION | |
| Place of Birth | : | STANTON        (State) TX | |
| Sex | : | M | |
| Race | : | U | |
| Height | : | 5'11" | |
| Weight | : | 270 lbs. | |
| Hair Color | : | BLK | |
| Eyes Color | : | BRO | |
| Drivers License | : | (State) TX | |
| Marital Status | : | MARRIED | |
| Home Phone | : | ██████████      Work Phone: (  )  - | |
| Employer | : | SELF EMPLOYED | |
| Alias For | : | ( ) |
| Alias | : | REYNALDO RAY VILLA | (161912   ) |
| Alias | : | JOHNNY  VILLA | (140538   ) |

```
Scars, Marks   :       SC     R    ARM    SMALL SCAR
               :       POCK   C    FACE   ACNED SCARRED
               :       TATO   UL   ARM    "BECKY"
               :       TATO   UL   ARM    "RAYNITA"
               :       TATO   UL   ARM    "RAY RAY"
```

I HEREBY CERTIFY THE DOCUMENT TO WHICH THIS IS AFFIXED IS A TRUE AND ACCURATE COPY OF THE ORIGINAL IN THE MIDLAND COUNTY SHERIFF'S DEPARTMENT.
FILE NUMBER _____
DATE 8-12-08   INITIALS ___

```
                      ARREST/OFFENSE INFORMATION
  Booking Number: 144132      (1   )   Arrest Reference Number: WARRENT
  Tm/Dt Arrestd : 22:28:00 08/02/02    Arresting Officer      : MITCHELL G
  Arresting Agnc: MPD                  Age at Arrest          : 38
  ----------------------------------------------------------------------
  Statute      : 23990067    (THEFT >50 <500)
  Offense      : TFTB (THEFT >20<500)
  Offense Refrnc: CR95677              Class: MB          Court: CC
  Related Incidt:

  Booking Number: 144132      (1   )   Arrest Reference Number: WARRENT
  Tm/Dt Arrestd : 22:28:00 08/02/02    Arresting Officer      : MITCHELL G
  Arresting Agnc: MPD                  Age at Arrest          : 38
  ----------------------------------------------------------------------
  Statute      :             ([No code entered])
  Offense      : TFTB (THEFT >20<500)
  Offense Refrnc:                      Class:             Court:
  Related Incidt:
```

```
  -------------------------------------------------------------------
  Report Includes:
  All dates arrested
  All booking numbers matching       Release Date    8-08-02
  All arresting agencies             144132 Now Released (1)  PRO
  All arresting officers                               (2)
  All arrest types                                     (3)
  All arrest area codes              Bond By
                                     Releasing Officer  B. Moreno 621
                                     File Approved By           Amount
```

```
09/29/02                    . .DLAND COUNTY SHERIFF'S OFFICE                          3?3
09:55              Arrest Summary Report, Individual Arrest Report        Page:      1
```

```
Name                :    RAYNALDO RAY VILLA                    (54821     )
Street Address      :
City, State Zip     :    STANTON, TX  79782
Date of Birth       :            63
Social Security     :             -0105
Local ID Numbers:        24925
State ID Number :        03438972          FBI number: 403232LB6
Attorney            :    G GEORGES J DAVIS
Occupation          :    CONSTRUCTION
Place of Birth      :    STANTON          (State) TX
Sex                 :    M
Race                :    U
Height              :    5'11"
Weight              :    270 lbs.
Hair Color          :    BLK
Eyes Color          :    BRO
Drivers License     :                       (State) TX
Marital Status      :    MARRIED
Home Phone          :                   Work Phone: (   )    -
Employer            :    SELF EMPLOYED
Alias For           :                                         (        )
Alias               :    REYNALDO RAY VILLA                    (161912   )
Alias               :    JOHNNY  VILLA                         (140538   )
Scars, Marks        :            SC      R    ARM    SMALL SCAR
                    :            POCK    C    FACE   ACNED SCARRED
                    :            TATO    UL   ARM    "BECKY"
                    :            TATO    UL   ARM    "RAYNITA"
                    :            TATO    UL   ARM    "RAY RAY"
```

I HEREBY CERTIFY THE DOCUMENT TO WHICH THIS IS AFFIXED IS A TRUE AND ACCURATE COPY OF THE ORIGINAL IN THE MIDLAND COUNTY SHERIFFS DEPARTMENT.
FILE NUMBER _____
DATE _____    INITIALS _____

```
                         ARREST/OFFENSE INFORMATION
   Booking Number: 145424       (1  )    Arrest Reference Number: WARRANT
   Tm/Dt Arrestd : 09:15:00 09/29/02     Arresting Officer      : HOWARD S
   Arresting Agnc: MPD                   Age at Arrest          : 39
   ------------------------------------------------------------------------
   Statute        : 73991000     (ENGAGE ORGANIZED CRIM ACTIVITY)
   Offense        : EOCA (ORGANZ CRIM ACT)
   Offense Refrnc : F32161          Class ( FS )     Court: JP3
   Related Incidt :
```

```
   -----------------------------------------------------------------------
Report Includes:
All dates arrested
All booking numbers matching '   145424'
All arresting agencies
All arresting officers
All arrest types
All arrest area codes
All offense codes
All statute codes
All alcohol/drug codes
All crime class codes
All law jurisdictions
All court codes
All entry codes
All active flags
   -----------------------------------------------------------------------
```

Release Data _____ 10-15-0_
How Released (1)_____ PRP
             (2)_____
             (3)_____
Bond By _____ Amount _____

```
03/20/03                 MIDLAND COUNTY SHERIFF'S OFFICE                    205
13:02            Arrest Summary Report, Individual Arrest Report      Page:    1
```

| Field | | Value |
|---|---|---|
| Name | : | RAYNALDO RAY VILLA                    (54821    ) |
| Street Address | : | |
| City, State Zip | : | STANTON, TX   79782 |
| Date of Birth | : | ███63 |
| Social Security | : | ███-0105 |
| Local ID Numbers: | | 24925 |
| State ID Number | : | 03438972          FBI number: 403232LB6 |
| Attorney | : | J DAVIS |
| Occupation | : | CONSTRUCTION |
| Place of Birth | : | STANTON        (State) TX |
| Sex | : | M |
| Race | : | U |
| Height | : | 5'11" |
| Weight | : | 270 lbs. |
| Hair Color | : | BLK |
| Eyes Color | : | BRO |
| Drivers License | : | ███ |
| Marital Status | : | MARRIED |
| Home Phone | : | ███ |
| Employer | : | UNEMPLOYED |
| Alias For | : | |
| Alias | : | REYNALDO RAY VILLA |
| Alias | : | JOHNNY   VILLA |
| Scars, Marks | : | SC    R   ARM |
| | : | POCK   C   FACE |
| | : | TATO   UL  ARM   "BECKY" |
| | : | TATO   UL  ARM   "RAYNITA" |
| | : | TATO   UL  ARM   "RAY RAY" |

*Handwritten annotations: Rel Date 5/1/93 ; Release Date 4-30-03 ; How Released (1) ___ (2) ___ (3) ___ ; Bond By ___ ; Releasing Officer (State) TX ; Amount $13 ; File Approved By ___ ; Work Phone: ( )*

*I HEREBY CERTIFY THE DOCUMENT TO WHICH THIS IS AFFIXED IS A TRUE AND ACCURATE COPY OF THE ORIGINAL IN THE MIDLAND COUNTY SHERIFF'S DEPARTMENT.  NUMBER 24925   DATE 8-12-08   INITIALS ___*

```
                      ARREST/OFFENSE INFORMATION
Booking Number: 148913      (1  )     Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 18:08:50 02/19/03     Arresting Officer      : DAVIS M
Arresting Agnc: MPD                   Age at Arrest          : 39
-----------------------------------------------------------------------
Statute       : 8888        (VIOLATION PROBATION)
Offense       : TFTB (THEFT >20<500)
Offense Refrnc: CR95677               Class: MA        Court: CC
Related Incidt:
```
*Handwritten: PRO ; Probation*

```
Booking Number: 148913      (2  )     Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 18:08:50 02/19/03     Arresting Officer      : DAVIS M
Arresting Agnc: MPD                   Age at Arrest          : 39
-----------------------------------------------------------------------
Statute       : 23990067    (THEFT >50 <500)
Offense       : TFTB (THEFT >20<500)
Offense Refrnc: 98584                 Class: MB        Court: CC
Related Incidt:
```
*Handwritten: FJC ; 120 days + 1241⁰⁰ ; Time Served 4-19-03 ; FJC — 5-1-03*

```
-----------------------------------------------------------------------
Report Includes:
All dates arrested
All booking numbers matching '   148913'
All arresting agencies
All arresting officers
All arrest types
All arrest area codes
```

```
09/25/03           MIDLAND COUNTY SHERIFF'S OFFICE                    363
12/29        Arrest Summary Report, Individual Arrest Report    Page:    1
```

```
Name              :   RAYNALDO RAY VILLA                    (54821    )
Street Address    :
City, State Zip   :   STANTON, TX  79782
Date of Birth     :   ██████63
Social Security   :   ████████0105
Local ID Numbers  :   24925
State ID Number   :   03438972        FBI number: 403232LB6
Attorney          :   J DAVIS
Occupation        :   CONSTRUCTION
Place of Birth    :   STANTON          (State) TX
Sex               :   M
Race              :   U
Height            :   5'11"
Weight            :   270 lbs.
Hair Color        :   BLK
Eyes Color        :   BRO
Drivers License   :   ███████         (State) TX
Marital Status    :   MARRIED
Home Phone        :   ████████        Work Phone: (   )   -
Employer          :   UNEMPLOYED
Alias For         :                                        (        )
Alias             :   REYNALDO RAY VILLA                   (161912  )
Alias             :   JOHNNY  VILLA                        (140538  )
```

```
              SCARS, MARKS AND TATOO INFORMATION
Scars, Marks     :        SC   R   ARM   SMALL SCAR
                 :        POCK C   FACE  ACNED SCARRED
                 :        TATO UL  ARM   "BECKY"
                 :        TATO UL  ARM   "RAYNITA"
                 :        TATO UL  ARM   "RAY RAY"
```

```
                ARREST/OFFENSE INFORMATION
Booking Number: 154471    (1  )   Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 10:30:00 09/25/03  Arresting Officer   : BURNS D
Arresting Agnc: MCSO               Age at Arrest       : 40
---------------------------------------------------------------------
Statute     : 23990009    (THEFT <1500 2/MORE CONV THEFT)
Offense     : THFT (THEFT)
Offense Refrnc: F23224            Class: FS        Court: JP2
Related Incidt:

Booking Number: 154471    (1  )   Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 10:30:00 09/25/03  Arresting Officer   : BURNS D
Arresting Agnc: MCSO               Age at Arrest       : 40
---------------------------------------------------------------------
Statute     : 8888        (VIOLATION PROBATION)
Offense     : THFT (THEFT)
Offense Refrnc: CR95677           Class: MA        Court: CC
Related Incidt:
```

```
---------------------------------------------------------------------
Report Includes:              Release Date ____ 5-29-03
All dates arrested            How Released (1) PRP
All booking numbers matching ' 154471'    (2) PRP
All arresting agencies                    (3)
All arresting officers        Bond By: Pre Trial   Amount 30,000
                              Releasing Officer
                              File Approved By: _____
```

I HEREBY CERTIFY THE DOCUMENT TO WHICH THIS IS AFFIXED IS A TRUE AND ACCURATE COPY OF THE ORIGINAL IN THE MIDLAND COUNTY SHERIFF'S DEPARTMENT.
FILE NUMBER 269825   DATE 8-12-05   INITIALS

```
01/16/04              MIDLAND COUNTY SHERIFF'S OFFICE                303
03:41         Arrest Summary Report, Individual Arrest Report    Page:   1

Name            :  RAYNALDO RAY VILLA                    (54821     )
Street Address  :
City, State Zip :  STANTON, TX  79782
Date of Birth   :          63
Social Security :       -0105
Local ID Numbers:  24925
State ID Number :  03438972        FBI number: 403232LB6
Attorney        :  NONE
Occupation      :  CONSTRUCTION
Place of Birth  :  STANTON
Sex             :  M
Race            :  U
Height          :  5'11"
Weight          :  280 lbs.
Hair Color      :  BLK
Eyes Color      :  BRO
Drivers License :                    (State) TX
Marital Status  :  MARRIED
Home Phone      :
Employer        :  MANUEL CARRASO CONSTRUCTION
Alias For       :
Alias           :  REYNALDO RAY VILLA
Alias           :  JOHNNY  VILLA

                SCARS, MARKS AND TATOO INFORMATION
Scars, Marks    :       SC    R   ARM    SMALL SCAR
                :       POCK  C   FACE   ACNED SCARRED
                :       TATO  UL  ARM    "BECKY"
                :       TATO  UL  ARM    "RAYNITA"
                :       TATO  UL  ARM    "RAY RAY"

                  ARREST/OFFENSE INFORMATION
Booking Number: 156166    (1  )   Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 21:44:00 11/30/03  Arresting Officer   : ORTIZ J
Arresting Agnc: MPD               Age at Arrest        : 40
------------------------------------------------------------------
Statute    : 481.125-A   (POSS DRUG PARAPHERNALIA)
Offense    : PODP (POSSESSION DRUG PARA)
Offense Refrnc: C67323           Class: MC        Court: MC
Related Incidt:

Booking Number: 156166    (1  )   Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 21:44:00 11/30/03  Arresting Officer   : ORTIZ J
Arresting Agnc: MPD               Age at Arrest        : 40
------------------------------------------------------------------
Statute    : 23990009    (THEFT <1500 2/MORE CONV THEFT)
Offense    : THFT (THEFT)
Offense Refrnc: F23224           Class: FS        Court: JP2
Related Incidt:

Booking Number: 156166    (1  )   Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 21:44:00 11/30/03  Arresting Officer   : ORTIZ J
Arresting Agnc: MPD               Age at Arrest        : 40
------------------------------------------------------------------
```

MIDLAND COUNTY SHERIFF'S OFFICE                        303
Arrest Summary Report, Individual Arrest Report      Page:    2
     ~e     : 8888       (VIOLATION PROBATION)
     ~se     : TFTB (THEFT >20<500)                    FJC
   ense Refrnc: 95677 *chrg added 12-1-03* Class: (MB)      Court: CC
   .lated Incidt:

Booking Number: 156166      (1   )    Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 21:44:00 11/30/03    Arresting Officer    : ORTIZ J
Arresting Agnc: MPD                   Age at Arrest        : 40
----------------------------------------------------------- 95D ------
Statute    : 23990009    (THEFT <1500 2/MORE CONV THEFT)
Offense    : THFT (THEFT)
Offense Refrnc: CR29060         Class: FS      Court: 142
Related Incidt:

Booking Number: 156166      (1   )    Arrest Reference Number: WARRANT
Tm/Dt Arrestd : 21:44:00 11/30/03    Arresting Officer    : ORTIZ J
Arresting Agnc: MPD *chrg added 12-1-03*  Age at Arrest    : 40
-----------------------------------------------------------        FJC -
Statute    : 54050001    (DRIVING WHILE LICENSE SUSPEND)
Offense    : DWLS (DRIVING LICENSE SUSPENDED)
Offense Refrnc: 101678          Class: (MB)     Court: CC
Related Incidt:


-----------------------------------------------------------------------
Report Includes:
All dates arrested
All booking numbers matching '  156166'
All arresting agencies
All arresting officers
All arrest types
All arrest area codes
All offense codes
All statute codes                   I HEREBY CERTIFY THE DOCUMENT TO WHICH
All alcohol/drug codes              THIS IS AFFIXED IS A TRUE AND ACCURATE
All crime class codes               COPY OF THE ORIGINAL IN THE MIDLAND
All law jurisdictions               COUNTY SHERIFF'S DEPARTMENT
All court codes                     FILE UNDER 34925
All entry codes                     DATE 8-12-08      INITIALS CQ
All active flags
-----------------------------------------------------------------------
            *** End of Report rpjmiar.r1 ***

# MIDLAND COUNTY PRISONER'S JAIL RECORD

10-29

Right Thumb

YES ☐   NO ☑

DISPATCHER _Ellis_

ID No. _24925_

| | | | |
|---|---|---|---|
| Attorney | _No Attorney_ | Phone No. | _ _ _ |

| Name | _[LAST]_ | _[FIRST]_ | _[MIDDLE]_ | Date _____ | Time _____ ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|

| Address | [redacted] | Alias | _None_ |
|---|---|---|---|

| Race _W_ | Sex _M_ | Height _5' 11"_ | Age _31_ | Weight _240_ | Hair _BLK_ | Eyes _Brn_ |
|---|---|---|---|---|---|---|

| Date of Birth | [redacted] _63_ | Place of Birth | _____ |
|---|---|---|---|

| S.M.T | | Complexion | _Med_ |
|---|---|---|---|

| Occupation | _____ | Employer | _Midland Industrial Co._ |
|---|---|---|---|

| Health Condition | _Good_ | Family Doctor | _None_ |
|---|---|---|---|

| DL No. | [redacted] | State _TX_ | Type _____ | Social Security No. | [redacted] |
|---|---|---|---|---|---|

| Arresting Officer | _Becker_ | Agency _MPD_ | Time _____ ☐ a.m. ☐ p.m. | Booking Officer | _L. Winove_ | Time _____ ☐ p.m. ☐ a.m. |
|---|---|---|---|---|---|---|

| N.O.K. | _____ | Address | [redacted] | Phone | [redacted] |
|---|---|---|---|---|---|

| Locker No. | | Name | | Cell Assignment | |
|---|---|---|---|---|---|

| CHARGE | INDT. NO. | WARRANT NO. | BOND | COURT | DISPOSITION |
|---|---|---|---|---|---|
| 1. _____ | _37,578_ | | _See____ | _County_____ | |
| 2. | | | | | _Dismissed_ |
| 3. | | | | | _7-12-85_ |
| 4. | | | | | |
| 5. | | | | | |

| Vehicle ☐ Yes ☐ No | Year | Make | Model | Color _BLK_ | Stored at _Released_ |
|---|---|---|---|---|---|

| PHONE CALLS | PARTY CALLED | PHONE NO. | DATE/TIME | OFFICER |
|---|---|---|---|---|
| 1. _No Calls Needed_ | | | | |
| 2. | | | | |
| 3. | | | | |

| Marital Status _Married_ | Spouse's Name _Alma_ | | Mugged Yes ☐ No ☐ | Printed Yes ☐ No ☐ |
|---|---|---|---|---|

| Remarks/Special Instructions | Medication ☐ Yes ☑ No | Type & Instructions |
|---|---|---|

| How Released | | Releasing Officer | Date | Time ☐ a.m. ☐ p.m. |
|---|---|---|---|---|

I HEREBY CERTIFY THE DOCUMENT TO WHICH THIS IS AFFIXED IS A TRUE AND ACCURATE COPY OF THE ORIGINAL IN THE MIDLAND COUNTY SHERIFF'S DEPARTMENT. FILE NUMBER _24925_

**Ex. 67 - Page 771**



Home   Departments   Directory   Features   Help   Links   Search

**COUNTY CLERK**
**CRIMINAL CASE**

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR37578 | CR37578 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| DRIVING WHILE LIC SUSPENDED/INVALID |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 12/16/1984 | M* | 521.457 |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| | | |

| **Agency** | **Victim** |
|---|---|
| | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Plaintiff | TEXAS,STATE OF | |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**

Criminal Case                                                                    Page 1 of 1



ome    Departments    Directory    Features    Help    Links    Search

**OUNTY CLERK**
**RIMINAL CASE**

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR74566 | CR74566 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| FAIL TO MAINTAIN PROOF OF FINANCIAL RESPON |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 11/13/1996 | M* | 601.195(a) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| CR74566CPF | 11/18/1999 | S |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| D MEADOR | 02/15/2000 | |

| **Agency** | **Victim** |
|---|---|
| | |
| | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MOORE |

| FILING INFORMATION | | | | | |
|---|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Plaintiff | TEXAS,STATE OF | |
| Defendant | VILLA,RAYNALDO RAY | MARTIN,VERN |

**New Search**



**ome   Departments   Directory   Features   Help   Links   Search**

# OUNTY CLERK
## RIMINAL CASE

**New Search**

| CRIMINAL   CASE   INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR74567 | CR74567 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| DRIVING WHILE LIC SUSPENDED/INVALID |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 11/13/1996 | M* | 521.457 |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| CR74567 | 04/20/1999 | S |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| | 11/12/1998 | |

| **Agency** | **Victim** |
|---|---|
| | |

| COURT   INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MOORE |

| FILING   INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY   INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Plaintiff | TEXAS,STATE OF | |
| Defendant | VILLA,RAYNALDO RAY | MARTIN,VERN |

**New Search**

**Ex. 67 - Page 774**

Criminal Case                                                                    Page 1 of 1



Home   Departments   Directory   Features   Help   Links   Search

**COUNTY CLERK**
**CRIMINAL CASE**

**New Search**

| CRIMINAL   CASE   INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR78567 | CR78567 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| FAIL TO IDENTIFY FUGITIVE FROM JUSTICE |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 12/11/1997 | MB | 38.02(d) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| CR78567CPF | 02/14/2000 | S |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| D MEADOR | 03/09/2000 | |

| **Agency** | **Victim** |
|---|---|
| CITY OF MIDLAND | |

| COURT   INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN MOORE |

| FILING   INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY   INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | MARTIN,VERN |

**New Search**

**Ex. 67 - Page 775**



**COUNTY CLERK**
**CRIMINAL CASE**

Home    Departments    Directory    Features    Help    Links    Search

**New Search**

| CRIMINAL CASE INFORMATION |||
| --- | --- | --- |
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR79606 | CR79606 | |

| **Indexed Name** | **Form Name** |
| --- | --- |
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
| --- |
| THEFT >=$50<$500 |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
| --- | --- | --- |
| 03/27/1998 | MB | 31.03(e)(2)(A) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
| --- | --- | --- |
| CR79606 | 08/13/1998 | S |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
| --- | --- | --- |
| | | |

| **Agency** | **Victim** |
| --- | --- |
| | |

| COURT INFORMATION ||
| --- | --- |
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN MOORE |

| FILING INFORMATION |||||
| --- | --- | --- | --- | --- |
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION |||
| --- | --- | --- |
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**

Civil Case                                                                                                    Page 1 of 1



Home    Departments    Directory    Features    Help    Links    Search

**OUNTY CLERK**
**IVIL CASE**

Contact the County
FAQs
Helpful Documents
Search

New Search

| CIVIL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CV16412 | CV16412 | |

| **Cause Type** |
|---|
| BOND FORFEITURE |

| **Plaintiff** |
|---|
| STATE OF TEXAS |

| **Respondent** |
|---|
| VILLA,RAYNALDO RAY |
| RENDON & ASSOCIATES |
| CR74566 |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW | WALVOORD,AL |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |
| 06/25/1998 | S010 | DISMISSED WITH COST | 02/18/1999 | S050 |

| PARTY INFORMATION | | | |
|---|---|---|---|
| **Type** | | **Name** | **Attorney** |
| Plaintiff | | TEXAS,STATE OF | SCHORRE,AL |
| Defendant | | VILLA,RAYNALDO RAY | |
| Defendant | | RENDON & ASSOCIATES | |

New Search

**Ex. 67 - Page 777**



**COUNTY CLERK**
**CRIMINAL CASE**

Home    Departments    Directory    Features    Help    Links    Search

Contact the County
FAQs
Helpful Documents
Search

**New Search**

| CRIMINAL   CASE   INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR85931 | CR85931 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| DRIVING WHILE LIC SUSPENDED/SR |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 10/18/1999 | M* | 601.371(d) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| J REESE | 10/22/1999 | |

| **Agency** | **Victim** |
|---|---|
| MID CO SHERIFF OFFICE | |

| COURT   INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING   INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY   INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**



**Home    Departments    Directory    Features    Help    Links    Search**

## COUNTY CLERK
### CRIMINAL CASE

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR85931 | CR85931 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| DRIVING WHILE LIC SUSPENDED/SR |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 10/18/1999 | M* | 601.371(d) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| J REESE | 10/22/1999 | |

| **Agency** | **Victim** |
|---|---|
| MID CO SHERIFF OFFICE | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**

**Ex. 67 - Page 779**

Criminal Case                                                                  Page 1 of 1



Home    Departments    Directory    Features    Help    Links    Search

**COUNTY CLERK**
**CRIMINAL CASE**

Contact the County
FAQs
Helpful Documents
Search

**New Search**

| CRIMINAL   CASE   INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR85930 | CR85930 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| FAIL TO MAINTAIN PROOF OF FINANCIAL RESPON |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 10/22/1999 | M* | 601.195(a) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| J REESE | 10/22/1999 | |

| **Agency** | **Victim** |
|---|---|
| MID CO SHERIFF OFFICE | |

| COURT   INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING   INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY   INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**

**Ex. 67 - Page 780**



ome    Departments    Directory    Features    Help    Links    Search

**OUNTY CLERK**
**RIMINAL CASE**

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR85929 | CR85929 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| DRIVING WHILE LIC SUSPENDED/SR |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 10/22/1999 | M* | 601.371(d) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| J REESE | 10/22/1999 | |

| **Agency** | **Victim** |
|---|---|
| MID CO SHERIFF OFFICE | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**

Criminal Case                                                    Page 1 of 1



**COUNTY CLERK**
**CRIMINAL CASE**

Home   Departments   Directory   Features   Help   Links   Search

Contact the County
FAQs
Helpful Documents
Search

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR88274 | CR88274 | |

| **Indexed Name** | | **Form Name** |
|---|---|---|
| VILLA,RAYNALDO RAY | | RAYNALDO RAY VILLA |

| **Offense Name** | | |
|---|---|---|
| THEFT <$50 W/PREV CONVIC | | |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 02/14/2000 | MB | 31.03(e)(2)(B) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| J CHAMPION | 02/14/2000 | |

| **Agency** | **Victim** |
|---|---|
| CITY OF MIDLAND | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |
| | | | | |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | GEORGES,GERALD A JR |

**New Search**



**OUNTY CLERK**
**RIMINAL CASE**

Home   Departments   Directory   Features   Help   Links   Search

**New Search**

| CRIMINAL CASE INFORMATION ||||
|---|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** ||
| CR95677 | CR95677 | ||

| **Indexed Name** || **Form Name** ||
|---|---|---|---|
| VILLA,RAYNALDO RAY (CIT) || RAYNALDO RAY VILLA ||

| **Offense Name** ||||
|---|---|---|---|
| THEFT >=$50<$500 ||||

| **Offense Date** | **Offense Degree** || **Offense Statute** |
|---|---|---|---|
| 01/01/2002 | MB || 31.03(e)(2)(A) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| | 01/01/2002 | |

| **Agency** | **Victim** |
|---|---|
| CITY OF MIDLAND | |

| COURT INFORMATION ||
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION ||||||
|---|---|---|---|---|---|
| **File Date** | **File Code** | **Description** || **Disp Date** | **Disp Code** |
| | | || | |

| PARTY INFORMATION ||||
|---|---|---|---|
| **Type** | **Name** || **Attorney** |
| Defendant | VILLA,RAYNALDO RAY (CIT) || |

**New Search**

Criminal Case                                                                 Page 1 of 1



Home    Departments    Directory    Features    Help    Links    Search

**COUNTY CLERK**
**CRIMINAL CASE**

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR95677 | CR95677 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY (CIT) | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| THEFT >=$50<$500 |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 01/01/2002 | MB | 31.03(e)(2)(A) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| | 01/01/2002 | |

| **Agency** | **Victim** |
|---|---|
| CITY OF MIDLAND | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY (CIT) | |

**New Search**

**Ex. 67 - Page 784**



**COUNTY CLERK**
**CRIMINAL CASE**

Home   Departments   Directory   Features   Help   Links   Search

**New Search**

| CRIMINAL   CASE   INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR98584 | CR98584 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| THEFT >=$50<$500 |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 08/29/2002 | MB | 31.03(e)(2)(A) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| | | |

| **Agency** | **Victim** |
|---|---|
| CITY OF MIDLAND | |

| COURT   INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING   INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY   INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY | |

**New Search**



Home    Departments    Directory    Features    Help    Links    Search

# COUNTY CLERK
## CRIMINAL CASE

**New Search**

## CRIMINAL CASE INFORMATION

| File Number | Case Number | Book / Volume / Page |
|---|---|---|
| CR101678 | CR101678 | |

| Indexed Name | Form Name |
|---|---|
| VILLA,RAYNALDO RAY | RAYNALDO RAY VILLA |

**Offense Name**

DRIVING WHILE LICENSE SUSPENDED

| Offense Date | Offense Degree | Offense Statute |
|---|---|---|
| 10/16/2003 | M* | 6687b-(34)(a) VCS |

| Warrant Number | Warrant Date | Warrant Status |
|---|---|---|
| | | |

| Arrested By | Arrested Date | Arrested Time |
|---|---|---|
| | 10/16/2003 | |

| Agency | Victim |
|---|---|
| CITY OF MIDLAND | |

## COURT INFORMATION

| Court | Judge |
|---|---|
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

## FILING INFORMATION

| File Date | File Code | Description | Disp Date | Disp Code |
|---|---|---|---|---|
| 10/22/2003 | C010 | JUDGMENT | 12/18/2003 | C011 |

## PARTY INFORMATION

| Type | Name | Attorney |
|---|---|---|
| | | |

**New Search**

Civil Case                                                    Page 1 of 1



Home   Departments   Directory   Features   Help   Links   Search

**COUNTY CLERK**
**CIVIL CASE**

New Search

| CIVIL CASE INFORMATION | | |
|---|---|---|
| File Number | Case Number | Book / Volume / Page |
| CV20037 | CV20037 | |

| Cause Type |
|---|
| BOND FORFEITURE |

| Plaintiff |
|---|
| STATE OF TEXAS |

| Respondent |
|---|
| RAYNALDO RAY VILLA |
| MIDLAND COUNTY PRETRIAL (NS) |
| CR95677 |

| COURT INFORMATION | |
|---|---|
| Court | Judge |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| File Date | File Code | Description | Disp Date | Disp Code |
| 11/04/2003 | S010 | DISMISSAL W/COSTS | 12/31/2004 | S050 |

| PARTY INFORMATION | | |
|---|---|---|
| Type | Name | Attorney |
| Plaintiff | STATE OF TEXAS | SCHORRE,AL |
| Defendant | VILLA,RAYNALDO RAY (CIT) | |
| Defendant | MIDLAND COUNTY PRETRIAL (NS) | |

New Search



Home    Departments    Directory    Features    Help    Links    Search

**COUNTY CLERK**
**CRIMINAL CASE**

**New Search**

| CRIMINAL CASE INFORMATION | | |
|---|---|---|
| **File Number** | **Case Number** | **Book / Volume / Page** |
| CR95677 | CR95677 | |

| **Indexed Name** | **Form Name** |
|---|---|
| VILLA,RAYNALDO RAY (CIT) | RAYNALDO RAY VILLA |

| **Offense Name** |
|---|
| THEFT >=$50<$500 |

| **Offense Date** | **Offense Degree** | **Offense Statute** |
|---|---|---|
| 01/01/2002 | MB | 31.03(e)(2)(A) |

| **Warrant Number** | **Warrant Date** | **Warrant Status** |
|---|---|---|
| | | |

| **Arrested By** | **Arrested Date** | **Arrested Time** |
|---|---|---|
| | 01/01/2002 | |

| **Agency** | **Victim** |
|---|---|
| CITY OF MIDLAND | |

| COURT INFORMATION | |
|---|---|
| **Court** | **Judge** |
| COUNTY COURT AT LAW #2 | MARVIN L. MOORE |

| FILING INFORMATION | | | | |
|---|---|---|---|---|
| **File Date** | **File Code** | **Description** | **Disp Date** | **Disp Code** |

| PARTY INFORMATION | | |
|---|---|---|
| **Type** | **Name** | **Attorney** |
| Defendant | VILLA,RAYNALDO RAY (CIT) | |

**New Search**

Search Results                                                    Page 1 of 1



Home    Departments    Directory    Features    Help    Links    Search

# OUNTY CLERK
## EARCH RESULTS

| Case No. | Litigant | Cause of Action | Filing Date |
|---|---|---|---|
| CR37578 | VILLA,RAYNALDO RAY | DRIVING WHILE LIC SUSPENDED/INVALID | 12/19/1984 |
| CR74566 | VILLA,RAYNALDO RAY | FAIL TO MAINTAIN PROOF OF FINANCIAL RESPON | 11/25/1996 |
| CR74567 | VILLA,RAYNALDO RAY | DRIVING WHILE LIC SUSPENDED/INVALID | 11/25/1996 |
| CR77404 | VILLA,RAYNALDO RAY | DRIVING WHILE LIC SUSPENDED/SR | 09/09/1997 |
| CR78567 | VILLA,RAYNALDO RAY | FAIL TO IDENTIFY FUGITIVE FROM JUSTICE | 12/30/1997 |
| CR79606 | VILLA,RAYNALDO RAY | THEFT >=$50<$500 | 04/01/1998 |
| CR85929 | VILLA,RAYNALDO RAY | DRIVING WHILE LIC SUSPENDED/SR | 10/26/1999 |
| CR85930 | VILLA,RAYNALDO RAY | FAIL TO MAINTAIN PROOF OF FINANCIAL RESPON | 10/26/1999 |
| CR85931 | VILLA,RAYNALDO RAY | DRIVING WHILE LiC SUSPENDED/SR | 10/26/1999 |
| CR88274 | VILLA,RAYNALDO RAY | THEFT <$50 W/PREV CONVIC | 05/22/2000 |

**[1]  2  Next Page**

## New Search

**Ex. 67 - Page 789**



**COUNTY CLERK**
**SEARCH RESULTS**

Home   Departments   Directory   Features   Help   Links   Search

by Building Location
by County Employee
by Department Name
by Elected Official

| Case No. | Litigant | Cause of Action | Filing Date |
|----------|----------|-----------------|-------------|
| CR98584 | VILLA,RAYNALDO RAY | THEFT >=$50<$500 | 01/14/2003 |
| CV16412 | VILLA,RAYNALDO RAY | BOND FORFEITURE | 06/25/1998 |
| CR101678 | VILLA,RAYNALDO RAY | DRIVING WHILE LICENSE SUSPENDED | 10/22/2003 |
| CR95677 | VILLA,RAYNALDO RAY (CIT) | THEFT >=$50<$500 | 03/28/2002 |
| CR95677 | VILLA,RAYNALDO RAY (CIT) | THEFT >=$50<$500 | 12/18/2002 |
| CR95677 | VILLA,RAYNALDO RAY (CIT) | THEFT >=$50<$500 | 06/18/2003 |
| CV20037 | VILLA,RAYNALDO RAY (CIT) | BOND FORFEITURE | 11/04/2003 |

Previous Page  1  **[2]**

**New Search**

Exhibit 68

Jail Record Detail                                                                 Page 1 of 1






Select another
search type

Refine this
search

**Gregg County, Texas**
**Jail ID 37752**
**LONGVIEW POLICE DEPT.**
**Confined 10/19/2002 12:37am**
**Released 10/31/2002 01:39pm**

**Defendant** Mccoy, Darnell, Jr



**Alias**      Mccoy, Darnell Jr

| Cause | Charge | Disposition | Bond |
|---|---|---|---|
| 2002-5178 | POSS MARIJ <2OZ (S) 30 DAYS JAIL | 10/19/2002 – Held | $500.00 |
| 5762 | FAILED TO MAINTAIN FINANCIAL RESPONSIBILITY | 10/22/2002 – Held | $400.00 |
| 6163 | FAILURE TO APPEAR | 10/22/2002 – Held | $400.00 |

Copyright © 1997 The Software Group. All rights reserved.

**Ex. 68 - Page 791**

Jail Record Detail                                                        Page 1 of 1






Select another
search type

Refine this
search

**Gregg County, Texas**
**Jail ID 37359**
**LONGVIEW POLICE DEPT.**
**Confined 10/06/2002 01:32am**
**Released 10/11/2002 06:58am**

**Defendant**  Mccoy, Darnell, Jr

SO# 65726

**Alias**      Mccoy, Darnell Jr

| Cause | Charge | Disposition | Bond |
|---|---|---|---|
| TO25635J1 | CAPIAS (DEFECTIVE EQUIPMENT-SLICK TIRES) | 10/06/2002 - Held | |
| TO25636AJ1 | FAILURE TO APPEAR | 10/06/2002 - Held | |
| TO25636J1 | CAPIAS(FAILED TO MAINTAIN FINANCIAL RESPONSIBILITY) | 10/06/2002 - Held | |
| 2002009207 | FAILED TO MAINTAIN FINANCIAL RESPONSIBILITY | 10/06/2002 - Held | |

Copyright © 1997 The Software Group. All rights reserved.

**Ex. 68 - Page 792**

Results of Sheriff Search Jail Record                                      Page 1 of 2

  

Select another
search type

Refine this
search

📁 **JailID** 0982960        **Confined** 04/24/1998  **Released** 04/24/1998
**Defendant** Mccoy,          **Charge** THEFT U/50
Darnell, Jr -

**Department** 11

---

📁 **JailID** 91446          **Confined** 04/21/2007  **Released** 04/30/2007
**Defendant** Mccoy,          **Charge** 04/20/2007 - POSSESSION OF
Darnell, Jr -                         CONTROLLED SUBSTANCE IN
                                      PENALTY GROUP 3 OF THE
                                      TEXAS CONTROLLED
                                      SUBSTANCES ACT LESS THAN
                                      TWENTY-EIGHT GRAMS

**Department** LONGVIEW POLICE DEPT.

---

📁 **JailID** 71128          **Confined** 08/03/2005  **Released** 08/03/2005
**Defendant** Mccoy,          **Charge** CAPIAS NO INSURANCE
Darnell, Jr -

**Department** LONGVIEW POLICE DEPT.

---

📁 **JailID** 37752          **Confined** 10/19/2002  **Released** 10/31/2002
**Defendant** Mccoy,          **Charge** 10/18/2002 - POSS MARIJ <2OZ
Darnell, Jr -                         (S) 30 DAYS JAIL

**Department** LONGVIEW POLICE DEPT.

---

📁 **JailID** 37359          **Confined** 10/06/2002  **Released** 10/11/2002
**Defendant** Mccoy,          **Charge** CAPIAS(DEFECTIVE
Darnell,                              EQUIPMENT-SLICK TIRES)

**Department** LONGVIEW POLICE DEPT.

---

📁 **JailID** 13221          **Confined** 07/20/2000  **Released** 12/18/2000
**Defendant** Mccoy,          **Charge** FTSRA (S) 1 YEAR CFTS WORK

**Ex. 68 - Page 793**

Results of Sheriff Search Jail Record                                                                Page 2 of 2

Darnell, Jr -                        RELEASE
█ ██████

**Department**  GREGG CO. SHERIFF

---

📁**JailID**  10863          **Confined**  04/25/2000  **Released**  05/11/2000

**Defendant**  Mccoy,        **Charge**  VOP/FTSRA (S) 1YR. CJ
Darnell, █
██████

**Department**  COMMUNITY SUPERVISION & CORRECTIONS DIVISION

---

📁**JailID**  1499           **Confined**  04/20/1999  **Released**  04/21/1999

**Defendant**  Mccoy,        **Charge**  FAIL TO STOP AND RENDER
Darnell, Jr -                             AID INJ/DEATH
██████

**Department**  LONGVIEW POLICE DEPT.

---

Copyright © 1997 The Software Group. All rights reserved.

**Ex. 68 - Page 794**

SEP-04-2008 THU 09:35 AM     JUDGE DEE BAILEY JP1      FAX No. 903 680 6769          P. 006

Screen Print from AbleTerm session(Upshur)              03:37 PM  09/03/2008

```
                        -- Offender Information Menu --
Offender PID: 111229          *** OPEN WARRANTS ***

MCCOY, DARNELL, JR                    DL #  ██████████      DOB: ███████████
██████████████                        aka:  MCCOY, DARNELL


                    -- Criminal Cases for Courts 1, 2, 3, 4 --
C# Docket #... Court Date.... Offense.................... Disp... Date.... St
1  T05-4715BJ1 JP1  05/11/05 FAILURE TO APPEAR           WI              O
2  T05-4715AJ1 JP1  05/11/05 VIOLATION OF PROMISE TO APPE WI              O
3  T05-4716J1  JP1  05/11/05 VIOLATION OF OPEN CONTAINER  WI              O
4  T05-4715J1  JP1  05/11/05 SPEEDING - 78 MPH/65 MPH     FINE  05/01/08 C
5  T02-5635AJ1 JP1  04/20/02 VIOLATION OF PROMISE TO APPE JAIL  10/10/02 C
6  T02-5636J1  JP1  04/20/02 NO LIABILITY INSURANCE       JAIL  10/10/02 C
7  T02-5635J1  JP1  04/20/02 DEFECTIVE TIRES              JAIL  10/10/02 C
                           -- End of Cases --

    [P]   Person Info        [W] Warrants (13)       [V]  Vehicles (0)
    [*]   Add Case           [B] Bail Settings (7)   [PR] Print Data Sheet
    [CV]  Change View

Enter C#, Command, or  'RETURN' to Select Another Person: __
```

```
NL01MLSD .NO RECORD TCIC
QH.TX165015A
NAM/MCCOY,DARNELL.SEX/F.RAC/W.DOB/███████████
PUR/C
PRQ/LUCKIE.OPR/LUCKIE
   IPUT MSG 042,      FROM CCH# FOR MLSD    01/08/03 10:12

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY
```

```
─────
NL01MLSD
TX165015A
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/MCCOY,DARNELL.SEX/F.RAC/W.DOB/████████ PUR/C.
END
OUTPUT MSG 043,      FROM NIC# FOR MLSD    01/08/03 10:12

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY
```

```
NL01MLSD .NO RECORD TCIC
QH.TX165015A
NAM/MCCOY,DARNELL.SOC/███████████
PUR/C
REQ/LUCKIE.OPR/LUCKIE
  ΓPUT MSG 074,      FROM CCH# FOR MLSD     01/24/03 11:10

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY




──────

 NL01MLSD
 TX165015A
 NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
 (III) FOR NAM/MCCOY,DARNELL.SOC/████████████ PUR/C.
 END
 OUTPUT MSG 075,      FROM NIC# FOR MLSD     01/24/03 11:10

 DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY




──────
```